

**DEPARTMENT OF VETERANS AFFAIRS**
**OFFICE OF RESOLUTION MANAGEMENT, DIVERSITY & INCLUSION**

Written Affidavit in the Matter of the EEO Complaint of Discrimination
filed by Complainant Kevin Sandgren

| | | |
|---|---|---|
| Kevin Sandgren | ) | |
| | ) | |
| Complainant | ) | |
| | ) | |
| v. | ) | No. 200J-695-2022- |
| 144623 | ) | |
| Secretary | ) | |
| Department of Veterans Affairs | ) | |
| 810 Vermont Avenue, NW | ) | |
| Washington, DC 20420 | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |
| | ) | |
| Facility: | ) | |

Clement J. Zablocki VA Medical Center
5000 West National Avenue
Milwaukee, WI 53295-0001

**The accepted claims under investigation:**

Whether the complainant was discriminated against based on **Disability** when on February 9, 2022, he was not selected to the position of Utility Systems Repair & Operator position, Vacancy Announcement No. ML-11313107-22-AM.

☐
**Please answer the following questions:**

1. Do you solemnly swear the answers provided in response to the following questions are true and complete to the best of your knowledge and belief?

    Answer: YES

2. Please write your full legal name.
    Answer: KEVIN PAUL SANDGREN

3. What are your preferred personal pronouns?
    • he/him/his
    • she/her/hers
    • they/them/theirs

- ze/zir/zirs
- ze/hir/hirs

Answer: I DON'T USE THEM

4. What is your job title and how long have you held this position?

Answer: MAINTANACE 3Y

5. Who is your supervisor?

Answer: ALEX

6. Which department do you work in?

Answer: I DON'T WORK FOR THE GOV. I WORK FOR ORCHARD PARK LLC.

7. Which VA facility are you employed with and how long have you worked there?

Answer: NEVER WORK FOR THE VA

8. Please identify which management official(s) and/or person(s) you believe discriminated against you and what is your working relationship with the individual(s) (i.e. co-worker, supervisor, team lead, chief, etc.)?

Answer: ALANA MUELLER AND HIRING MANGMENT TEAM

9. Do you authorize ORMDI to use your medical documentation for specific use regarding this investigation?

Answer: YES

10. What is your disability?

Answer: LEARNING DISABILITY

11. How and when did the person(s) you believe discriminated against you become aware of your disability?

Answer: 2018

**Claim:** Whether the complainant was discriminated against based on **Disability** when on February 9, 2022, he was not selected to the position of Utility Systems Repair & Operator position, Vacancy Announcement No. ML-11313107-22-AM.

1. Did the claim occur as stated? If not, clarify.

Answer: YES

2. Did you qualify for the position? How? **Please provide a copy of the paperwork you submitted.**

Answer: YES OVER 30 YEARS EXPERANCE

3. Did you interview for it?

Answer: NO

4. Who interviewed you, one person or a panel? Please identify the person(s).

Answer: NO ONE

5. Were you referred to the hiring manager?

Answer: YES

6. To your knowledge, why were you not selected for the position?

Answer: DON'T KNOW MAYBE LEARNING DISABILITY OR COLOR OF MY SKIN, OR MY AGE

7. Who do you believe made the decision to not select you for the position? Why?

Answer: DON'T KNOW WHO MADE THE DECISION AND THE WHY? MAYBE DISABILITY, COLOR OF SKIN, OR AGE

8. Was there a selection made? If so, who was selected? How did you become aware of the selection i.e., verbal, email, etc.?

Answer: YES, DON'T KNOW, BY EMAIL

9. Did you report this to anyone after you became aware of the non-selection? If so, to whom? What actions, if any, did the individual(s) take?

Answer: TO ALANA MUELLER BY EMAIL AND SHE SAID IT WAS DIRECT HIRE

10. Why do you believe you were discriminated against based on your disability regarding the claim accepted for this investigation?

Answer: A I WAS NOT GIVEN REASONABLE ACCOMMODATION BY NOT GIVING ME A INTERVIEW

11. Is there anything else you would like to add that is relevant to the claim accepted for this investigation?

Answer: NO

This statement is made under penalty of perjury on this __9__ day of __JULY__, 2022.

Complainant, Kevin Sandgren

Affiant's Initials: _____   Date: 7-9-2022   Page 1