# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KEVIN PAUL SANDGREN,**

     **Plaintiff,**

   **v.**                                            **Case No. 23-CV-923**

**DENNIS MCDONOUGH,**
**Secretary, Department of Veterans Affairs,**

     **Defendant.**

## ORDER

On July 11, 2023, Kevin Paul Sandgren, proceeding *pro se*, sued Dennis McDonough, Secretary of the United States Department of Veterans Affairs ("VA"), alleging that the VA failed to hire him for a position due to his age, disability, and/or military status in violation of federal law. (Docket # 1.) The VA moved to dismiss Sandgren's complaint pursuant to Fed. R. Civ. P. 12(b)(6) on the grounds that Sandgren failed to exhaust his administrative remedies. (Docket # 6.) The VA's motion was granted on October 24, 2023 and Sandgren's complaint was dismissed without prejudice. (Docket # 16.)

Sandgren appealed the dismissal of his case, and the Seventh Circuit affirmed in a decision and order dated September 24, 2024. (Docket # 27.) Sandgren has now filed several motions in the above-captioned case. He asks to amend his complaint (Docket # 28), for the Court to recuse itself (Docket # 29), for a hearing to be held before any dispositive motions are filed (Docket # 30), and for reconsideration of the Seventh Circuit's decision (Docket # 31).

This case is currently closed. As the Seventh Circuit noted in its decision, although Sandgren's complaint was dismissed without prejudice, the above-captioned case was ended with a judgment under Fed. R. Civ. P. 58. (Docket # 27 at 2–3.) Thus, if Sandgren wishes to proceed, he must file a new complaint and either pay a new filing fee, or request leave to proceed without prepayment of the filing fee. A new case number will be assigned to the new action, and the action will be randomly assigned to a judge. Sandgren's motions filed in the above-captioned, closed case (Docket # 28, # 29, # 30, and # 31) are denied.

**IT IS SO ORDERED**.

Dated at Milwaukee, Wisconsin this 8th day of November, 2024.

BY THE COURT

NANCY JOSEPH
United States Magistrate Judge

2